1378

Charles Tibbetts, et al., Plaintiffs in Error, v. J. A. Miller, Defendant in Error.

*Brandon, Gage, Hancock & Polhill,* for Plaintiff in Error;

*McMullen & McMullen,* for Defendant in Error.

Southern Bldg. Corporation, Appellant, v. The Trust Company of Sarasota, Appellee.

*Harrison E. Barringer, Charles M. Williams* and *C. L. McKaig,* for Appellant;

*John F. Burkett,* for Appellee.

Florentine Saldana, Jr., Appellant, v. Ada Hope Saldana, Appellee.

*Harry G. Sabine* and *Joseph L. Reina,* for Appellants;

*Hampton & Bull,* for Appellee.